Opinion issued October 6, 2011

     

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00235-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE BARRY DWAYNE MINNFEE, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION 

 

On March 24, 2011, Relator, Barry Dwayne Minnfee,
filed a petition for mandamus.

 We DENY  the petition for
writ of mandamus.              

Per Curiam

 

Panel consists of Chief Justice Radack and Justices
Bland and Huddle.